IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER
FERNANDEZ,

        Plaintiff,        No. 2:11-cv-1125 MCE JFM (PC)

  v.

CALIFORNIA DEP'T OF CORR., et al.,    <u>ORDER APPOINTING</u>
                                                        <u>LIMITED VOLUNTARY COUNSEL</u>
        Defendants.
                                         /

        Plaintiff Brandon Alexander Fernandez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of prospective counsel meeting with plaintiff and conducting an initial interview.  Carter C. White and the King Hall Civil Rights Clinic have been selected from the court's pro bono attorney panel to represent plaintiff in this limited capacity.

        Mr. White and the King Hall Civil Rights Clinic shall have thirty (30) days within which to meet with Mr. Fernandez and conduct an interview to determine whether the Clinic will represent Mr. Fernandez.  No later than thirty days from the date of service of this order, Mr. White shall file a status report regarding his assessment of whether the Civil Rights Clinic is able

to represent Mr. Fernandez.

Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of meeting with plaintiff and conducting an interview to determine whether the Civil Rights Clinic will represent Mr. Fernandez.

2. Mr. White shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, One Shields Avenue, Building TB-30, Davis, California 95616, ccwhite@ucdavis.edu.

4. Within thirty (30) days from the date of service of this order, Mr. White shall file a status report.

DATED: January 25, 2013.

_UNITED STATES MAGISTRATE JUDGE_

14
fern1125.apptcounsel