1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   BRANDON ALEXANDER
    FERNANDEZ,

10

11        Plaintiff,              No.  2:  11-cv-1125 MCE JFM (PC)

12      vs.

13   CALIFORNIA DEP'T OF CORR., et al.,

14        Defendant.            ORDER

15   _____/

16        The parties filed a stipulation which proposes a fourteen (14) day extension of

17   time to file objections to the January 24, 2013 findings and recommendations.  (See Dkt. No.

18   28.)  Good cause appearing, an extension of time to file objections will be granted.

19        Accordingly, IT IS HEREBY ORDERED that any objections to the January 24,

20   2013 findings and recommendations shall be served and filed on or before February 27, 2013.

21   DATED: February 20, 2013.

22

23                          UNITED STATES MAGISTRATE JUDGE

24

25   14fern1125.eot.obj

26

1