IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,

    Plaintiff,

vs.

CALIFORNIA DEP'T OF CORR., et al.,

    Defendant.

No. 2: 11-cv-1125 MCE JFM (PC)

ORDER

       The parties filed a stipulation which proposes a fourteen (14) day extension of time to file objections to the January 24, 2013 findings and recommendations. (See Dkt. No. 28.) Good cause appearing, an extension of time to file objections will be granted.

       Accordingly, IT IS HEREBY ORDERED that any objections to the January 24, 2013 findings and recommendations shall be served and filed on or before February 27, 2013.

DATED: February 20, 2013.

UNITED STATES MAGISTRATE JUDGE

14fern1125.eot.obj

1