1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRANDON ALEXANDER FERNANDEZ,

11            Plaintiff,                    No. 2:11-cv-01125 MCE JFM P

12        v.

13   CALIFORNIA DEP'T OF CORR., et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On January 24, 2013, the Magistrate Judge filed findings and recommendations herein

20   (ECF No. 26) which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations.  (ECF No. 31.)

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

24   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

25   Court finds the findings and recommendations to be supported by the record and by proper

26   analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations (ECF No. 26) filed January 24, 2013, are ADOPTED IN FULL, except that Plaintiff is granted FINAL LEAVE TO AMEND as to Plaintiff's allegations against Defendants Cate and Barnes;

2.  Defendants' April 9, 2012, Motion to Dismiss (ECF No. 16) is GRANTED IN PART;

3.  Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may file an Amended Complaint to include new allegations as to Defendants Cate and Barnes.  If no amended complaint is filed within said twenty (20) day period, without further notice to the parties, the causes of action against Defendants Cate and Barnes will be dismissed with prejudice; and

4.  Plaintiff's request for monetary damages against Defendants in their official capacities is DISMISSED.

DATED:   March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE