IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,

    Plaintiff,                              No. 2:11-cv-01125 MCE JFM P

    v.

CALIFORNIA DEP'T OF CORR., et al.,

    Defendants.                     <u>ORDER</u>

    Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 24, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 26) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. (ECF No. 31.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 26) filed January 24, 2013, are ADOPTED IN FULL, except that Plaintiff is granted FINAL LEAVE TO AMEND as to Plaintiff's allegations against Defendants Cate and Barnes;

2. Defendants' April 9, 2012, Motion to Dismiss (ECF No. 16) is GRANTED IN PART;

3. Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may file an Amended Complaint to include new allegations as to Defendants Cate and Barnes.  If no amended complaint is filed within said twenty (20) day period, without further notice to the parties, the causes of action against Defendants Cate and Barnes will be dismissed with prejudice; and

4. Plaintiff's request for monetary damages against Defendants in their official capacities is DISMISSED.

DATED:   March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE