UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,       )   No. 2:11-cv-1125-MCE-JFM-P
                                   )
            Plaintiff,             )   **STIPULATION AND ORDER TO**
                                   )   **MODIFY SCHEDULING ORDER**
    vs.                            )
                                   )
CALIFORNIA DEP'T OF CORR., et al., )
                                   )
            Defendants.            )
_____)

      Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the scheduling order entered on May 6, 2012 (ECF No. 36) be modified by extending the discovery and dispositive motions deadlines by an additional 60 days, to October 23, 2013, and January 15, 2014, respectively.

      "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Good cause exists for this extension.  The parties are attempting to schedule the deposition of the Plaintiff at Folsom State Prison where he was recently transferred.  In addition the parties are likely to schedule the deposition of Defendant Pomozal, and possibly others, in Susanville, California.  Plaintiff anticipates that Defendant Pomozal's responses to written discovery requests will identify one or more witnesses who will need to be deposed.  The pendency of the motions to dismiss of Defendants Barnes and Cate is an additional reason that discovery be extended.  Finally, counsel for Plaintiff requests the extension in order to accommodate the academic calendar of the UC Davis Civil Rights Clinic, in order that Clinic students be allowed to participate in discovery in this matter during the fall 2013 semester.

For these reasons, the parties ask the Court to extend the discovery deadline to October 23, 2013, and the dispositive motion deadline to January 15, 2014.

Respectfully submitted,

Dated: July 19, 2013            */S/ Carter C. White*

_____
Carter C. White
Attorney for Plaintiff, Brandon A. Fernandez


Dated: July 19, 2013            */S/ R. Lawrence Bragg*

_____
R. Lawrence Bragg
Deputy Attorney General
Attorney for Defendants Cate, Pomazal, and Barnes

IT IS SO ORDERED.  The discovery deadline is extended to October 23, 2013, and the dispositive motion deadline is extended to January 15, 2014.

Dated: July 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fern1125.po

Stipulation and Order to Modify Scheduling Order – Case No. 2:11-cv-1125-MCE-JFM-P    2