UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEP'T OF CORR., et al.,<br><br>　　　　　　　Defendants. | No. 2:11-cv-1125-MCE-KJN-PC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

　　　Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the previous scheduling orders entered in this matter (See ECF Nos. 36, 43, 50) be modified by extending the discovery and dispositive motions deadlines by an additional 60 days, to March 22, 2014, and June 14, 2014, respectively.

　　　Good cause exists for this extension. Many relevant documents to the case were delivered to the Plaintiff during the academic break for the UC Davis Civil Rights Clinic.  The certified law students have only returned to school recently and have not had adequate time to review these documents and participate fully in the case.  Additionally, the Plaintiff and Defendant Pomazal are currently resolving a discovery dispute regarding subpoena's that the Plaintiff served on the California Department of Corrections and Rehabilitation.  In order to resolve this

dispute, Plaintiff requires additional time to examine documents from the Office of the Inspector General (OIG). A preliminary review of the documents from the OIG indicates that the documents requested in the subpoenas will be relevant and necessary to the Plaintiff's case. If discovery is closed then the Plaintiff will be unable to continue discovery should additional, relevant information be discovered in the documents.

For these reasons, the parties ask the Court to extend the discovery deadline to March 22, 2014, and the dispositive motion deadline to June 14, 2014.

Respectfully submitted,

Dated: January 21, 2014   */S/ Carter C. White*

_____
Carter C. White
Attorney for Plaintiff, Brandon A. Fernandez

Dated: January 21, 2014   ***R. Lawrence Bragg***

_____
R. Lawrence Bragg
Deputy Attorney General
Attorney for Defendants Cate, Pomazal, and Barnes

IT IS SO ORDERED. The discovery deadline is extended to March 22, 2014, and the dispositive motion deadline is extended to June 14, 2014.

Dated: January 22, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fern1125.po(3)

Stipulation and Order to Modify Scheduling Order – Case No. 2:11-cv-1125-MCE-KJN-PC   2