KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, State Bar No. 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-5440
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FERNANDEZ, | No. 2:11-cv-1125-MCE-KJN-P |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| CALIFORNIA DEP'T OF CORR., et al., | |
| Defendants. | |

Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the deadline for Plaintiff's Opposition to Defendant Pomazal's motion for summary judgment be extended until August 1, 2014. There is good cause for this extension of time as explained below.

Defendant Pomozal filed and served his motion for summary judgment on June 12, 2014. (ECF No. 67). Defendant did not set the motion for hearing, having been instructed by the Court's staff to file motions in this case pursuant to Local Rule 230(l). Under that rule, the deadline for Plaintiff's opposition to the motion is July 3, 2014.

The parties initially agreed that Plaintiff could take the deposition of Defendant Pomazal in March 2014. See ECF No. 62-1, at 3. After the Plaintiff moved for leave to amend the complaint, the parties agreed that the depositions of Defendant Pomazal and Nurse Ladista

would be continued until the pleadings issues were resolved. *Id*., at 4.  The Court issued findings and recommendations that the Plaintiff's motion for leave to amend be denied, and Plaintiff has objected to those findings and recommendations. ECF Nos. 65, 66.  The district court has not yet ruled on the Plaintiff's objections.

     Defendant filed his motion for summary judgment to comply with the deadline for the filing of dispositive motions in the current scheduling order.  The parties arranged for Plaintiff to take the depositions of Defendant Pomazal and Nurse Ladista, but due primarily to the vacation schedule of one of those witnesses, the depositions did not take place until July 1, 2014.  The court reporter has indicated that the transcripts of these depositions will be available by July 11, 2014.  The parties are asking that Plaintiff's deadline be extended until 21 days after the deposition transcripts are available.

     For these reasons, the parties ask the Court to extend the Plaintiff's deadline to oppose Defendant Pomazal's motion for summary judgment until August 1, 2014.

Respectfully submitted,

Dated: July 2, 2014  */S/ Carter C. White*

———————————
Carter C. White
Attorney for Plaintiff, Brandon A. Fernandez


Dated: July 2, 2014  ***R. Lawrence Bragg***

———————————
R. Lawrence Bragg
Deputy Attorney General
Attorney for Defendants Cate, Pomazal, and Barnes

Stipulation and Order for Extension of Time – Case No. 2:11-cv-1125-MCE-KJN-PC   2

ORDER

IT IS HEREBY ORDERED that the July 2, 2014 stipulation (ECF No. 68) is approved; Plaintiff's deadline to oppose Defendant Pomazal's motion for summary judgment is extended until August 1, 2014.

Dated: July 9, 2014

/fern1125.stip

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE