KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, State Bar No. 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-5440
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRANDON ALEXANDER FERNANDEZ,               )   No. 2:11-cv-1125-MCE KJN P
                                           )
                              Plaintiff,   )   **STIPULATION AND ORDER TO**
                                           )   **EXTEND TIME FOR PLAINTIFF'S**
                                           )   **OBJECTIONS TO PROPOSED**
            vs.                            )   **FINDINGS AND RECOMMENDATIONS**
                                           )   **AND TO FILE MOTION FOR LEAVE TO**
CALIFORNIA DEP'T OF CORR., et al.,         )   **AMEND COMPLAINT**
                                           )
                              Defendants.  )
_____    )

        Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the deadline for filing objections to the Findings and Recommendations as well as the deadline for the Plaintiff to file a motion for leave to amend complaint be extended an additional fourteen days, so that the deadline will be February 20, 2015.

        On January 23, 2015, the Magistrate Judge entered an Order and Findings and Recommendations.  ECF No. 74.  The order grants to parties fourteen days to file objections. *Id.*, at 22.  In addition, the Court grants the Plaintiff fourteen days to file a motion for leave to amend complaint, along with a proposed amended complaint. *Id.*, at 21.  The current deadline is therefore February 6, 2015.  The parties ask that the time be extended an additional fourteen days, to on or before February 20, 2015.

Good cause exists for this extension. Counsel for Plaintiff has several pending deadlines. These include the filing of the Appellant's Reply Brief in No. 13-15963, *Fields v. Burson, et al.*, United States Court of Appeals for the Ninth Circuit (due February 6, 2015) and the filing of the Plaintiff's pretrial statement in No. 2:08-cv-02767-TLN-EFB, *Jayne v. Bosenko, et al.*, United States District Court, Eastern District of California (due February 13, 2015). The substantive work on these cases is being performed by Certified Law Students working under the supervision of Counsel for Plaintiff, so that additional time is necessary for the completion of each task. In the *Jayne* matter, Counsel for Plaintiff was only recently appointed to the case and preparation of the pretrial statement requires the review of an extensive record, including hundreds of pages of hearing transcripts and summary judgment evidence.

For these reasons, the parties ask the Court to extend the deadline by fourteen days, to on or before February 20, 2015, for objections to the Findings and Recommendations issued January 23, 2015, as well as the deadline for Plaintiff's Motion for Leave to Amend Complaint and Proposed Amended Complaint.

Respectfully submitted,

Dated: January 23, 2015          ***Carter C. White***

_____
Carter C. White
Attorney for Plaintiff, Brandon A. Fernandez

Dated: January 23, 2015          ***R. Lawrence Bragg***

_____
R. Lawrence Bragg
Deputy Attorney General
Attorney for Defendants Cate, Pomazal, and Barnes

ORDER

Good cause appearing, the deadlines for filing objections to Findings and

Recommendations issued January 23, 2015, and for filing Plaintiff's Motion for Leave to Amend

Complaint and Proposed Amended Complaint, are hereby extended to February 20, 2015.

Dated:  January 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/fern1125.eot